UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **CV 14-1235-SVW (JPR)**                                         Date: **June 30, 2014**

Title:  **Worth Baker v. Universal Prot. Servs. et al.**
=============================================================
**DOCKET ENTRY: Order to Show Cause**
=============================================================
PRESENT:

**HON. JEAN P. ROSENBLUTH, MAGISTRATE JUDGE**

| Karl Lozada | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:                ATTORNEYS PRESENT FOR DEFENDANTS:
  None present                                                                    None present

**PROCEEDINGS: (IN CHAMBERS)**

On February 18, 2014, Plaintiff filed this civil rights action.  Under Federal Rule of Civil Procedure 4(m), he had 120 days from that date to properly serve the Complaint on Defendants.  Under the Court's April 4, 2014 minute order, he had until June 25, 2014, to file proof of service on each Defendant with the Court.  The Court expressly warned him that his failure to effect timely and proper service might result in his lawsuit being dismissed.  To date, Plaintiff has not filed any proofs of service.

The Court thus ORDERS Plaintiff to show cause in writing within 21 days of the date of this Order why his lawsuit should not be dismissed because he has not filed any proofs of service with the Court or, apparently, properly served Defendants.  He is reminded that merely mailing a Summons and Complaint to a defendant is not valid service under Rule 4(e) or California Code of Civil Procedure sections 415.10, 415.20, or 415.30 unless the defendant signs and returns an acknowledgment that he accepted such service.  Plaintiff is further advised that ignorance of the legal requirements of service of process is not "good cause" under Rule 4(m).  Failure to fully and timely comply with this Order may result in Plaintiff's case being dismissed for failure to prosecute and under Rule 4(m).

MINUTES FORM 11                                                                       Initials of Deputy Clerk___kl_____
CIVIL-GEN